NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                 BK−20−15992−nmc
CHAPTER 7

ROBERT KERRY MCLAUGHLIN

                         Debtor(s)                  FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that RYAN A. ANDERSEN is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 2/25/21

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court